IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | NO. 25 C 3911 |
| vs. | ) | |
| | ) | JUDGE MARTHA M. PACOLD |
| GAUTHIER GLASS, LLC, an Illinois limited liability company | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, GAUTHIER GLASS, LLC, an Illinois limited liability company, in the total amount of $42,620.23, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $13,019.00.

On August 14, 2026, the Summons and First Amended Complaint was served on Jeffrey S. Becker, Registered Agent at the Registered Office of Record in Illinois (a copy of the Summons and Affidavit of Service are attached hereto). Therefore, Defendant's answer was due on August 28, 2026. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Fiona M. Lamb

Fiona M. Lamb
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2571
Facsimile: (312) 236-0241
E-Mail: flamb@baumsigman.com
i:\midj\gauthier glass\#31118\motion for entry of default and judgment.fml.jjg.docx

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 16th day of November 2026:

Gauthier Glass, LLC
c/o Jeffrey S. Becker, Registered Agent
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611-3604

Mr. Harold E. Gauthier, II
Gauthier Glass, LLC
PO Box 15306
Chicago, IL 60615-5143

Mr. Harold E. Gauthier, II
Gauthier Glass, LLC
5113 S. Harper Avenue
Chicago, IL 60615-4119

/s/ Fiona M. Lamb

Fiona M. Lamb
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2571
Facsimile: (312) 236-0241
E-Mail: flamb@baumsigman.com
i:\midj\gauthier glass\#31118\motion for entry of default and judgment.fml.jjg.docx